**In the Matter of Gussie M. STIENS, Bankrupt.**

**August D. SCHOENFELD, Jr., as Trustee in Bankruptcy, Appellant, v. Gussie M. STIENS, Bankrupt, Appellee.**

No. 304.

Circuit Court of Appeals, Second Circuit.

April 6, 1936.

Douglas E. Brown, of Patchogue, N. Y., for August D. Schoenfeld, Jr., trustee in bankruptcy.

Alexander G. Blue, of Patchogue, N. Y., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

1020

PER CURIAM.

Affirmed on the authority of In re Mertens (C.C.A.) 142 F. 445, In re Reilly (C. C.A.) 258 F. 121, and Henkin v. Fousek (C.C.A.) 267 F. 557.